40971, 40972. CREWS v. SLAPPEY (two cases).

EBERHARDT, Judge. These cases are controlled by *Fickling v. City Council of Augusta,* 110 Ga. App. 330 (138 SE2d 437). Allegations that the defendant, an owner of land in a residential section and on which there was an artificial pond, permitted table tops to accumulate therein, float and become waterlogged, and that plaintiff's children, aged 7 and 10, being attracted to the table tops, sought to use them as rafts, fell therefrom and were drowned, do not prevent the application of the rule of *Fickling* or create an exception.

The general demurrers were properly sustained.

*Judgments affirmed. Bell, P. J., and Jordan, J., concur.*

DECIDED OCTOBER 15, 1964.

*Bruce B. Edwards,* for plaintiffs in error.
*Dennis & Barton, John T. Dennis,* contra.